UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRCT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, an Arizona Corporation<br><br>Plaintiff,<br><br>v.<br><br>OUTDOORSY, INC., a Delaware Corporation; SHAWN ZENOR, dba HUAKA'I CAMPERS, an individual;<br><br>Defendants. | Case No. 4:23-cv-01886-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL L.R. 11-3); ORDER** |

I, Leah T. Rudnicki, an active member in good standing of the bar of the State of Oklahoma, hereby respectfully applies for admission to practice pro hac vice in the Northern District of California representing Defendant Outdoorsy, Inc. in the above-entitled action. My local co-counsel in this case is David B. Tillotson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is 148162.

My address of record is: The Rudnicki Firm, 6305 Waterford Boulevard, Suite 325, Oklahoma City, Oklahoma 73118; telephone (405) 445-7422; email leah@rudnickifirm.com.

Local co-counsel's address of record is: Leland, Parachini, Steinberg, Matzger and Milnick, LLP, 135 Main Street, Suite 1200, San Francisco, California 94105; telephone (415) 957-1800; email dtillotson@lpslaw.com.

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: Oklahoma Bar Association No. 32688.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero (0) times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

**APPLICANT:**

Dated June 26, 2023.

_/s/ Leah Rudnicki_
Leah T. Rudnicki, OBA No. 32688
**THE RUDNICKI FIRM**
6305 Waterford Boulevard, Suite 325
Oklahoma City, OK 73118
Telephone: (405) 445-7422
Email: leah@rudnickifirm.com

# ORDER GRANTING APPLICATION FOR ADMISSION
# OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Leah T. Rudnicki is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/29/2023

_____
UNITED STATES DISTRICT JUDGE

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA   )
                    )
COUNTY OF OKLAHOMA  )

Loraine Dillinder Farabow, being duly sworn, deposes and says:

That she is the First Assistant General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court. That, as First Assistant General Counsel of the Oklahoma Bar Association, pursuant to the Rules Governing Disciplinary Proceedings, 5 O.S. Ch. 1, App. 1-A, as adopted and promulgated by the Supreme Court of the State of Oklahoma, she is entrusted with the permanent records of all disciplinary matters affecting attorneys licensed to practice law in the State of Oklahoma.

That LEAH THOMAS RUDNICKI, OBA #32688, was admitted to the practice of law by the Supreme Court of Oklahoma on April 11, 2016 and is an active member in good standing of the Oklahoma Bar Association. No grievances have been filed against this Oklahoma licensed attorney nor has this attorney ever been subjected to disciplinary action.

_Loraine Farabow_
Loraine Dillinder Farabow
First Assistant General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 23rd day of June, 2023 by Loraine Dillinder Farabow.

_____
NOTARY PUBLIC

My Commission Expires:
10/21/23

Commission Number:
19010584



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065



www.okbar.org