**SELMAN LEICHENGER EDSON**
**HSU NEWMAN & MOORE LLP**
ELDON S. EDSON (SBN 168896)
eedson@selmanlaw.com
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6546
Telephone: 310.445.0800
Facsimile: 310.473.2525
**and**
SARA J. SAVAGE (SBN 199344)
ssavage@selmanlaw.com
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099
Attorneys for Plaintiff
**NAUTILUS INSURANCE COMPANY**

David B. Tillotson (State Bar # 148162)
**LELAND, PARACHINI, STEINBERG,**
**MATZGER & MELNICK, LLP**
135 Main Street, Suite 1200
San Francisco, CA 94105
Telephone: (415) 957-1800
Facsimile: (415) 974-1520
Email: DTillotson@lpslaw.com
**and**
Caroline J. Lewis (Admitted *Pro Hac Vice*)
Leah T. Rudnicki (Admitted *Pro Hac Vice*)
**THE RUDNICKI FIRM**
6305 Waterford Boulevard, Suite 325
Oklahoma City, OK 73118
Telephone: (405) 445-7422
Email: caroline@rudnickifirm.com
Email: leah@rudnickifirm.com
*Attorneys for Defendant, Outdoorsy, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRCT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OUTDOORSY, INC., a Delaware Corporation; SHAWN ZENOR, dba HUAKA'I CAMPERS, an individual;<br><br>Defendants. | Case No. 4:23-cv-01886-HSG<br><br>**JOINT STIPULATION AND ORDER RE BRIEFING SCHEDULE ON OUTDOORSY INC.'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404 AND BRIEF IN SUPPORT**<br><br>Motion Filed:           August 29, 2023<br>Current Response Date:  September 12, 2023<br>New Response Date:      October 3, 2023 |

1

Plaintiff Nautilus Insurance Company ("Nautilus") and Defendant Outdoorsy, Inc. ("Outdoorsy"), and by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on August 16, 2023, the Parties attended the court mandated case management conference. During that conference, this court ordered Outdoorsy to file its Motion to Transfer by August 29, 2023.

WHEREAS, on August 29, 2023, Outdoorsy filed its Motion to Transfer Pursuant to 28 U.S.C. § 1404 and Brief in Support.

WHEREAS, on August 31, 2023, Nautilus filed its Request to Vacate Hearing Date on Outdoorsy's Motion to Transfer Venue for Failure to Comply with Court Minute Order dated 8/17/23.

WHEREAS, on September 5, 2023, the Parties met and conferred and agreed to the following briefing schedule for Outdoorsy's Motion: the hearing date on Outdoorsy's Motion remains November 30, 2023 at 2:00 p.m., Nautilus' Opposition is due on October 3, 2023, and Outdoorsy's Reply is due on October 17, 2023.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1. The hearing date on Outdoorsy's Motion remains November 30, 2023 at 2:00 p.m.

2. Nautilus' Opposition is due on October 3, 2023.

3. Outdoorsy's Reply is due on October 17, 2023.

**IT IS SO STIPULATED.**

DATED: September 5, 2023.                Respectfully submitted,

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP

By: /s/ *Sara J. Savage* (*signed by permission*)
    ELDON S. EDSON
    SARA J. SAVAGE
Attorneys for Plaintiff
NAUTILUS INSURANCE COMPANY

DATED:  September 5, 2023.               Respectfully submitted,

THE RUDNICKI FIRM

By:  /s/ *Caroline J. Lewis*
    CAROLINE J. LEWIS
    LEAH T. RUDNICKI
Attorneys for Defendant
OUTDOORSY, INC.

1  I attest that all signatories listed above, and on whose behalf this Stipulation is
2  submitted, have concurred in and authorized the filing of the Stipulation.
3                                                            /s/ Caroline J. Lewis

# ORDER

Having reviewed the above Stipulation Regarding Briefing Schedule on Outdoorsy's Motion to Transfer Pursuant to 28 U.S.C. § 1404 and Brief in Support, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order.

IT IS SO ORDERED.

Date: 9/6/2023

_____
**JUDGE HAYWOOD S. GILLIAM JR.**